**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY
CHIEF U.S. PROBATION OFFICER

401 MARKET STREET
1ST FLOOR
CAMDEN, NJ
(856) 757-5043
FAX: (856) 757-5302

April 21, 2021

**Mailing Address**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable Renee Marie Bumb
United States District Judge
Mitchell H Cohen Building and
 United States Courthouse
4th and Cooper Streets
P.O. Box 2097
Camden, New Jersey 08101

RE: Ryan Stocker Carr
DKT NO: 20-00894-001

**REPORT ON OFFENDER UNDER SUPERVISION**

Dear Judge Bumb:

The purpose of this correspondence is to request that a condition of release is suspended, specifically placement at the community corrections center for six months. We have attached the Report on Offender Under Supervision (Probation Form 12A) for Your Honor's review and consideration.

We remain available should Your Honor wish to discuss this matter further. The undersigned officer can be reached at (201) 618-4256.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shavaughn Chapman*

By: SHAVAUGHN M. CHAPMAN
Senior U.S. Probation Officer

/ smc

PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ryan Stocker Carr                                      Cr.: 20-00894-001
                                                                                                       PACTS #: 3519403

Name of Sentencing Judicial Officer:    THE HONORABLE MICHAEL J. REAGAN
                                                        CHIEF UNITED STATES DISTRICT JUDGE
                                                        SOUTHERN DISTRICT OF ILLINOIS

Name of Assigned Judicial Officer:      THE HONORABLE RENEE MARIE BUMB
                                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/08/2018

Original Offense:   Count 1: Conspiracy to Commit Wire Fraud, in violation of 18 USC § 1349, 18 USC § 1343, and 18 USC § 2326(1)

Original Sentence: 366 days imprisonment followed by 60 months supervised release

Special Conditions: Restitution, Special Assessment, Financial Disclosure, Prohibition from Engaging in Technology Sales or Telemarketing, Drug/Alcohol Testing and Treatment

Type of Supervision: Supervised Release                      Date Supervision Commenced: 08/07/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | You must reside for a period of 6 months in a community corrections center, halfway house, or similar residential facility and must observe all the rules of that facility. You will be eligible for weekend privileges. Subsistence will be waived. |

U.S. Probation Officer Action:
On November 19, 2020, the Court modified the conditions of release for Ryan Stocker Carr to include placement at the community corrections center for a period of six months to address noncompliance and to provide Mr. Carr with a structured residence due to his substance abuse issues.

Though he has had one instance of relapse with cocaine in February 2021, Mr. Carr has regained sobriety, established a residence at a sober living home, established employment, and participates in substance abuse treatment. At this time, it appears that enforcing the community corrections placement would undermine the progress that Mr. Carr has made thus far; therefore, our office is requesting that the condition is suspended with the understanding that if Mr. Carr becomes noncompliant with his conditions of release again, the condition can be implemented with the Court's approval.

Prob 12A – page 2
Ryan Stocker Carr

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shavaughn Chapman*

By: SHAVAUGHN M. CHAPMAN
Senior U.S. Probation Officer

/ smc

APPROVED:

*Steve Alfrey*                    4/21/2021

_____
STEVEN ALFREY              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Suspend the six-month community corrections center condition (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

April 22, 2021
_____
Date